**In re Perry WHEELER.**

**No. 83–298–M.P.**

Supreme Court of Rhode Island.

Sept. 26, 1985.

### ORDER

The respondent's petition for reinstatement as a member of the Rhode Island Bar is granted.

Entered as an Order of this Court this 26th day of September, 1985.

BEVILACQUA, C.J., did not participate.